IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HILBERTO AREVALOS,<br><br>Defendant. | Case №: 2:16-cr-00134 KJM<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The above named defendant has satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her for a petition to violate his supervised release. Mr. Fischer needs to work on the case even though there is no federal court date yet. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED David Fsicher is appointed to represent the above defendant in this case effective *nunc pro tunc* to August 8, 2020.

This appointment shall remain in effect until further order of this court.

DATED: October 1, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL        1